UNTIED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

BERYLLN GAMBY and
HAROLD GAMBY,

        Plaintiffs,

-vs-                                Case No. 2:06-cv-11020
                                     Hon. Marianne O. Battani

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TANS UNION, LLC; FIRST NATIONAL BANK OF OMAHA; GEMB/WALMART; BOULDER CREDIT SERVICES, INC.,

        Defendant's.

## NOTICE OF CONTINUED DEPOSITION DUCES TECUM

      Please take notice that, pursuant to the Federal Rules of Civil Procedure, Defendant First National Bank of Omaha will take the deposition of Harold O. Gamby, Sr., upon oral examination before a notary public of officer authorized by law to take depositions.

      The oral examination will take place on Thursday, May 3, 2007 at the offices of Frank, Haron, Weiner & Navarro, 5435 Corporate Drive, Suite 225, Troy, MI, 48098, (248) 952-0400 commencing at 1:00 p.m. EST, or immediately following the deposition of Beryllin Gamby, and will continue from day to day until completed.  The deposition is being taken for the purposes of discovery, for use at trial, and for all other purposes as are permitted under the Federal Rules of Civil Procedure.  The witness is to have with her any and all documents listed on the attached **Exhibit A**.

                                              TIMOTHY E. BAXTER & ASSOCIATES, P.C.

                                              /S/ Timothy E. Baxter
                                                By:   Timothy E. Baxter P28045
                                             Attorney for Defendant First National Bank of Omaha
                                             PO Box 2669
                                             Farmington Hills, MI 48331
Dated: April 30, 2007                   (248) 553-1155

C:\Documents and Settings\debbie\Desktop\Dep Notice Harold Gamby.wpd

# EXHIBIT A

1. Correspondence to or from First National Bank of Omaha.

2. Correspondence to or from WalMart.

3. Correspondence to or from Experian Information Solutions, Inc., Equifax Credit Information Systems, LLC, and Trans Union, LLC (the "CRAs").

4. Correspondence to or from Plaintiffs' son, Harold Gamby, regarding any matter related to this lawsuit, including without limitation accounts belonging to Plaintiffs or their son at First National Bank of Omaha or Walmart.

5. All documents related to any accounts at First National Bank of Omaha, including without limitation applications, contracts, account statements, credit card statements, bills, invoices, receipts, checks, cancelled checks.

6. Credit reports from CRAs

7. Denial letters from any credit grantors, or insurers or employers who allegedly have denied you credit, financing, insurance, or employment.

8. Correspondence from any credit grantors or insurers who allegedly have changed the terms of your credit, financing, insurance, or employment.

9. Documents reflecting your alleged damages, if any, including without limitation medical records.

10. Federal income tax returns for the years 2000 through 2007.

UNTIED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

BERYLLN GAMBY and
HAROLD GAMBY,

       Plaintiffs,

-vs-                                 Case No. 2:06-cv-11020
                                    Hon. Marianne O. Battani

       Defendant.

**PROOF OF SERVICE**

STATE OF MICHIGAN   )
                              ) SS
COUNTY OF OAKLAND)

      Timothy E. Baxter, being first duly sworn, deposes and says that on April 30, 2007 he mailed a copy of NOTICE OF DEPOSITION DUCES TECUM and Proof of Service thereon to:

| | |
|---|---|
| Ian B. Lyngklip, Esq.<br>Lyngklip & Taub, PC<br>24500 Northwestern Highway, Ste. 206<br>Southfield MI 48075 | Christopher Lane, Esq.<br>Schuckit & Associates<br>10 W. Market St., Suite 3000<br>Indianapolis, IN 46204 |
| Meggan Rawlin, Esq.<br>Jones Day<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 | Jeffrey Turner, Esq.<br>Surdyk, Dowd & Turner<br>Kettering Tower 1610<br>40 N. Main St.<br>Dayton, OH 45423 |
| Kevin Breck, Esq.<br>Clark Hill<br>500 Woodward Ave., Ste. 3500<br>Detroit, MI 48226 | |

by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Farmington Hills, State of Michigan. Further Deponent Sayeth Not.

                                          /S/ Timothy E. Baxter
                                                         Timothy E. Baxter