UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

BERYLLIN GAMBY and
HAROLD GAMBY,

        Plaintiffs,

-vs-

        Case No. 2:06-cv-11020
        Hon. Marianne O. Battani
        Magistrate Donald A. Scheer

EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC; TRANS UNION, LLC;
FIRST NATIONAL BANK OF OMAHA;
GEMB/WALMART; BOULDER CREDIT
SERVICES, INC.,

        Defendants.

### INDEX OF EXHIBITS TO ACCOMPANY DEFENDANT FIRST NATIONAL BANK OF OMAHA'S BRIEF IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFFS' PRODUCTION OF DOCUMENTS

| Exhibit | Description |
|---|---|
| A | Defendant FNBO's Third Set of Requests for Production of Documents to Plaintiffs Beryllin Gamby and Harold Gamby; |
| B | Proof of Service regarding FNBO's Third Set of Requests for Production of Documents dated August 27, 2007; |
| C | Email from Timothy Baxter to Ian Lyngklip dated 9-18-2007 of 9:44 a.m.; |

| | |
|---|---|
| D | Email from Timothy Baxter to Ian Lyngklip dated 9-18-2007 of 7:16 p.m.; and |
| E | Correspondence from Hugh Pallazola to Ian Lyngklip dated 10-4-07 with attached extra copy of Third Set of Document Production Requests. |

                                          TIMOTHY E. BAXTER & ASSOCIATES, P.C.

                                          S/Timothy E. Baxter

                                          By:   Timothy E. Baxter P28045
                                          Attorney for Defendant First National Bank of Omaha
                                          P.O. Box 2669
                                          Farmington Hills, MI 48331

Dated: October 22, 2007                  (248) 553-1155
F:\clsinc\Word\Hugh Pallazola\Mot to Compel Doc Prod, Brief in Gamby.wpd