UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD GAMBY,
BERYLLIN GAMBY,

    Plaintiffs,

-vs-                                      Case No. 06-11020
                                            Hon. Marianne O. Battani

EQUIFAX INFORMATION SERVICES,
LLC, *et al.*,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL PRODUCTION OF DOCUMENTS, SUPPLEMENTAL INTERROGATORY RESPONSES, AND ISSUANCE SANCTIONS UNDER RULE 37 AND FOR CONTEMPT OF COURT

Following a hearing held on November 20, 2008 on the above styled motion, and for reasons stated on the record, Plaintiffs' Motion (D.E. #136) is HEREBY DENIED. A supplemental order correcting the court's order (D.E. #126) of September 5, 2008 granting Plaintiffs' Motion to Compel and for Sanctions (D.E. #79) will be entered.

    SO ORDERED.

                                        s/Donald A. Scheer
                                        DONALD A. SCHEER
                                        UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2008
_____

**CERTIFICATE OF SERVICE**

    I hereby certify on November 20, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 20, 2008: **None.**

                                        s/Michael E. Lang
                                        Deputy Clerk to
                                        Magistrate Judge Donald A. Scheer
                                        (313) 234-5217