UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Beryllin Gamby, et al.,

Civil No: 06-11020

v.

Judicial Officer: Marianne O. Battani

First National Bank of Omaha, et al.,
_____/

# TAXED BILL OF COST

On **07/08/09**, a judgment was entered in favor of **the defendant**. The prevailing party now requests the clerk to tax the following costs:

|   |   | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| 1 | Fees of the Clerk (28:1920(1))(28:1923) |   |   |   |
| 2 | Service Fees | $90.00 | $90.00 |   |
| 3 | Court Reporter Fees | $7,782.12 | $6,958.97 | **See Attached. |
| 4 | Printing Fees |   |   |   |
| 5 | Witness Fees | $1,839.11 | $1,799.11 | **See Attached. |
| 6 | Exemplification & Copy Fees |   |   |   |
| 7 | Deposition Related Costs |   |   |   |
| 8 | Other costs |   |   |   |
|   | TOTALS | $ 9,711.23 | $ 8,848.08 |   |

**After the taxation clerk has taxed costs, counsel for either side may, within five (5) days, file objections.**

Date: January 8, 2010                                          David J. Weaver, Clerk

                                                               s/D.Peruski
Rev. 8/99                                                      *Deputy Clerk*

**\*\*Costs Denied:**

| | |
|---|---|
| Court Reporter Fees: $823.15 | Calculation by the clerk of totals in Appendix 1 shows the total cost for the depositions to be $6,958.97 as opposed to $7,782.12. Also, all depositions cited in Appendix 1 are taxable, but the cost for the deposition transcript of witness Debra Tschirren (exhibit A1-16) should be listed as $77.70, as listed in the receipt, as opposed to $109.15, as it is listed in Appendix 1. The revised total of costs allowed reflects this correction. |
| Witness Fees: $40.00 | The witness fee for witness Selena McKee-Padgett is not allowed as this witness did not testify at trial and her transcript was not shown to be used in support of a motion. (See Bill of Cost Handbook, Section II,C.) |

# Mailing Information for a Case 2:06-cv-11020-MOB-DAS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy E. Baxter**
  tbaxter@baxlaw.com,apetroeanu@baxlaw.com

- **Leonard A. Bennett**
  lenbennett@cox.net

- **Matthew J. Erausquin**
  matt@clalegal.com

- **Ian B. Lyngklip**
  ianlyngklip@att.net,IanLyngklip@Comcast.net

- **Meggan A. Rawlin**
  mrawlin@jonesday.com

- **Cory J. Rooney**
  crooney@bqlaw.com

- **Jeffrey C. Turner**
  jturner@sdtlawyers.com,jsipple@sdtlawyers.com,jkirby@sdtlawyers.com,bgentry@sdtlawyers.com,cherman@sdtlawyers.com,dharting@sdtlawyers.com,kwidmyer@sdtlawyers.com,jlangenderfer@sdtlawyers.com,mfrankel@sdtlawyers.com

- **Gary M. Victor**
  gmvictor@hotmail.com