UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD GAMBY and BERYLLIN GAMBY,

        Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

        Defendant.
_____/

CASE NO. 06-11020

HON. MARIANNE O. BATTANI

# ORDER GRANTING DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION FOR APPEAL BOND PURSUANT TO FED R. APP. P. 7

Before the Court is Defendant First National Bank of Omaha's (FNBO) request that the Court require Plaintiffs to post an appeal bond in the amount of $250.00 (Doc. No. 301). The Court has reviewed all the pleadings and finds oral argument is not necessary to resolve this motion. See E. D. Mich. LR 7.1(e)(2).

Rule 7 of the Federal Rules of Appellate Procedure provides that "[i]n a civil case, the district court may require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal." FED. R. APP. P. 7. "The power to impose an appeal bond under Rule 7 has been specifically given to the discretion of the district court." Adsani v. Miller 139 F.3d 67, 79 (2d Cir. 1998).

Because Plaintiffs have agreed to post the requested bond, and the Court finds the amount requested satisfactory, Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

                                                    s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    UNITED STATES DISTRICT JUDGE

Date:  April 16, 2010

## CERTIFICATE OF SERVICE

     Copies of this Order were mailed and/or electronically filed to counsel of record on this date.

                                                    s/Bernadette M. Thebolt
                                                    Case Manager