IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

BERYLLIN GAMBY and
HAROLD GAMBY,

      Plaintiffs,

vs.

EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS
INC.; TRANS UNION, LLC;
FIRST NATIONAL BANK OF
OMAHA; GEMB/WALMART;
BOULDER CREDIT SERVICES,
INC.,

      Defendants.

Case No. 2:06-cv-11020

Hon. Marianne O. Battani
Magistrate Mona K. Majzoub

## DEFENDANT FIRST NATIONAL BANK OF OMAHA'S NOTICE OF SERVING OFFER TO CONFESS JUDGMENT PURSUANT TO F.R.C.P. 68

COMES NOW Defendant First National Bank of Omaha and certifies that on the 13th day of April it sent to Plaintiffs an Offer to Confess Judgment pursuant to Federal Rules of Civil Procedure 68 by certified mail with service upon:

Ian B. Lynglkip ONLY
Lyngklip & Associates
Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI  48075

Respectfully submitted,

FIRST NATIONAL BANK OF OMAHA, Defendant

_s/ Cory J. Rooney_
By: Cory J. Rooney, (NE23113) (IA18886) (CA235838)
Attorney for Defendant First National Bank of Omaha
4885 S. 118th St., Suite 100
Omaha, NE 68137

Dated: April 17, 2012   (402)554-4400
crooney@bqlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2012, I filed the foregoing which sent electronic notice to the following:

Ian B. Lynglkip
Lyngklip & Associates
Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
ian@michiganconsumerlaw.com

Cory J. Rooney
By: Cory J. Rooney, (NE23113) (IA18886) (CA235838)
Attorney for Defendant First National Bank of Omaha
4885 S. 118th St., Suite 100
Omaha, NE 68137
(402)554-4400
crooney@bqlaw.com