06-11020

# Jury Verdict Form

**FILED**

JUN 28 2012

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

1. What is the amount of the actual damages, if any, of any harms or losses suffered by the Gambys?

    Harold Gamby      $ __$50.00__

    Beryllin Gamby    $ __$50.00__

2. Did First National Bank of Omaha willfully make an inaccurate, misleading, untrue, or deceptive statement or claim in a communication to the Gambys to collect a debt or concealing or not revealing the purpose of a communication when it was made to the Gambys in connection with collecting a debt.

    YES ☐    NO ☒

    If you answered yes to question #2, go to question #3. If not, your deliberations are complete.

3. You may also determine the amount of a civil fine which must be at least 3 times the actual damages you found above or $150, whichever is greater. What amount, if any, do you assess for a civil fine against First National Bank of Omaha?

    Harold Gamby      $ _____

    Beryllin Gamby    $ _____

    Your deliberations are complete.

Thank you for your service. Please have the foreperson sign this verdict form and notify the Bailiff that you

Foreperson _____    **s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Dated __6-28-2012__