# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BERRYLIN GAMBY and HAROLD GAMBY, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case Number: 06-11020 |
| v. | Honorable Marianne O. Battani |
| FIRST NATIONAL BANK OF OMAHA, | Magistrate Mona K. Majzoub |
| Defendant. | |

### Order

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on June 28, 2012. Following that verdict finding in favor of the Plaintiff's in the amount of $50.00 each, the Parties have agreed to resolve this action as follows and stipulate to entry of this final order.

1. The Court enters judgment in favor of Plaintiff and against the Defendant for a violation of the Michigan Collection Practices Act in the amount of $50.00 each.

2. The parties waive appeal of this matter.

3. The parties waive costs and attorney's fees available by Court Rule or Statute.

4. The parties agree to modification of paragraph 10 of the Protective Order entered by the Court [R. 25] on December 12, 2006 as follows: "Within sixty (60) days after the final termination of this litigation, all documents, transcripts, or other materials afforded confidential treatment pursuant to this Order, including any extracts, summaries or compilations taken therefrom, but excluding any materials

which in the good faith judgment of counsel are work product materials, shall be destroyed or erased."

s/Marianne O. Battani

MARIANNE O. BATTANI
U.S. DISTRICT COURT JUDGE

Dated:  September 6, 2012

Stipulated to by:

 s/ Cory J. Rooney_____
Cory J. Rooney
Attorney for Defendant First National Bank of Omaha
4885 S. 118th St., Suite 100
Omaha, NE 68137
(402)554-4400

Approved by:

s/ Ian B. Lyngklip
Ian B. Lynglkip
Lyngklip & Associates
Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI  48075